LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail: *lfink@springelfink.com*
*jpattillo@springelfink.com*

Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| JOHN C. PIPES<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a Foreign Corporation, and EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case No.: 2:18-cv-01576-RFB-NJK<br><br>**STIPULATION TO EXTEND DEFENDANT, CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant, CONVERGENT OUTSOURCING, INC. (hereinafter "Convergent") and Plaintiff, JOHN C. PIPES (hereinafter "Plaintiff" collectively, the "Parties") stipulate and agree as follows:

Convergent requires additional time to investigate Plaintiff's allegations and respond to Plaintiff's Complaint. Counsel for Convergent only just received notice of this matter on August 30, 2018, and thus, is filing this Stipulation two (2) days after the initial deadline to respond to the Complaint. This is Convergent's first request for an extension.

{N0471066;1}

– 1 –

The Court, having reviewed the parties' Stipulation to extend Defendant, CONVERGENT OUTSOURCING, INC.'s time to respond to the Complaint and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT:

Defendant, CONVERGENT OUTSOURCING, Inc.'s response to the Plaintiff's Complaint shall be filed on or before October 4, 2018.

DATED this <u>24th</u> day of September, 2018.

**COGBURN LAW OFFICES**

By: */s/ Erik W. Fox, Esq.*
_____
JAMIE S. COGBURN, ESQ.
Nevada Bar No. 8409
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Attorneys for Plaintiff,
*JOHN C. PIPES*

**SPRINGEL & FINK LLP**

By: */s/ Jonathan C. Pattillo, Esq.*
_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

IT IS SO ORDERED:

Dated: September 25, 2018

_____
United States Magistrate Judge

{N0471066;1}

- 2 -

**STIPULATION TO EXTEND DEFENDANT, CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**