LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone: (702) 804-0706
Facsimile: (702) 804-0798
E-Mail:     lfink@springelfink.com

Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN C. PIPES<br><br>Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a Foreign Corporation, and EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case No.: 2:18-cv-01576-RFB-NJK<br><br>**STIPULATION OF PLAINTIFF, JOHN C. PIPES AND DEFENDANT, CONVERGENT OUTSOURCING, INC. TO DISMISS PLAINTIFF'S CLAIMS AGAINST CONVERGENT WITHOUT PREJUDICE** |

**STIPULATION OF PLAINTIFF, JOHN C. PIPES AND DEFENDANT, CONVERGENT OUTSOURCING, INC. TO DISMISS PLAINTIFF'S CLAIMS AGAINST CONVERGENT WITHOUT PREJUDICE**

Plaintiff, JOHN C. PIPES (hereinafter "Plaintiff"), by and through his attorneys Cogburn Law Offices, and Defendant, CONVERGENT OUTSOURCING, INC. (hereinafter "Convergent"), by an through its attorneys Springel & Fink LLP, hereby stipulates to dismiss Plaintiff's claims against Convergent, without prejudice. Each party shall bear their own costs and attorneys' fees.

DATED: November 13, 2018        **COGBURN LAW OFFICES**

By: */s/ Erik W. Fox, Esq.*
ERIK W. FOX, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Attorneys for Plaintiff,
*JOHN C. PIPES.*

DATED: November 13, 2018        **SPRINGEL & FINK LLP**

By: */s/ Leonard T. Fink, Esq.*
LEONARD T. FINK, Esq.
Nevada Bar No. 6296
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendant,
*CONVERGENT OUTSOURCING, INC.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of November, 2018.

# CERTIFICATE OF SERVICE
## Pipes v. Convergent Outsourcing, Inc.
### United States District Court Case No. 2:18-cv-01576-RFB-NJK

STATE OF NEVADA      )
                                ) ss.
COUNTY OF CLARK     )

I, Julianna K. Ferguson, declare:

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within action. My business address is 10655 Park Run Drive, Suite 275, Las Vegas, Nevada, 89144.

On **October 4, 2018**, I served the document described as **STIPULATION OF PLAINTIFF, JOHN C. PIPES AND DEFENDANT, CONVERGENT OUTSOURCING, INC. TO DISMISS PLAINTIFF'S CLAIMS AGAINST CONVERGENT WITHOUT PREJUDICE** on the following parties:

Jamie S. Cogburn, Esq.
Erik W. Fox, Esq.
**COGBURN LAW OFFICES**
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Attorneys for Plaintiff,
*JOHN C. PIPES*

___      VIA U.S. MAIL: by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business

___      VIA FACSIMILE: by transmitting to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number at last given by that person on any document which he/she has filed in the cause and served on the party making the service. The copy of the document served by facsimile transmission bears a notation of the date and place of transmission and the facsimile telephone number to which transmitted. A confirmation of the transmission containing the facsimile telephone numbers to which the document(s) was/were transmitted will be maintained with the document(s) served.

_X_      VIA ELECTRONIC SERVICE: by submitting the foregoing to the Court's E-filing System for Electronic Service upon the Court's Service List pursuant to FRCP 5. The copy of the document electronically served bears a notation of the date and time of service. The original document will be maintained with the document(s) served and be made available, upon reasonable notice, for inspection by counsel or the Court.

I declare under penalty of perjury that the foregoing is true and correct.

                                                    */s/ Julianna K. Ferguson*
                                                    An Employee of Springel & Fink LLP