COGBURN LAW OFFICES
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN C. PIPES,<br><br>              Plaintiff,<br><br>vs.<br><br>CONVERGENT OUTSOURCING, INC., a Foreign Corporation, and EQUIFAX INFORMATION SERVICES, LLC, a Foreign Limited-Liability Company,<br><br>              Defendants. | Case Number<br>2:18-cv-01576-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITHOUT PREJUDICE** |

TO: THE HONORABLE JUDGE RICHARD R. BOULWARE, II

     IT IS HERBY STIPULATED by and between Plaintiff, John C. Pipes ("Plaintiff") and Defendant, Equifax Information Services, LLC ("Equifax"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Equifax in the above-captioned shall be and hereby are dismissed without prejudice.

     IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs. The parties request that the Clerk of the Court now close this case.

     IT IS FURTHER STIPULATED the Parties further agree to not file a Joint Proposed

…

Discovery Plan the Court, subject to the Court's discretion.

Dated this 26th day of November, 2018.   Dated this 26th day of November, 2018.

COGBURN LAW OFFICES   SNELL & WILMER, LLP

By: */s/ Erik W. Fox*   By: */s/ Bradley T. Austin*
    Jamie S. Cogburn, Esq.       Bradley T. Austin, Esq.
    Nevada Bar No. 8409       Nevada Bar No. 13064
    Erik W. Fox, Esq.       3883 Howard Hughes Parkway, Ste. 1100
    Nevada Bar No. 8804       Las Vegas, Nevada 89169
    2580 St. Rose Parkway, Suite 330       *Attorney for Equifax*
    Henderson, Nevada 89074       *Information Services, LLC*
    *Attorneys for Plaintiff*

**IT IS SO ORDERED:**   _____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

DATED this 29th day of November, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT EQUIFAX INFORMAITON SERVICES, LLC WITHOUT PREJUDICE** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 26th day of November, 2018.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**SPRINGEL & FINK**
*Attorney for Convergent Outsourcing, Inc.*

Jonathan Pattillo, Esq.
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
Phone: 702-804-0706
Fax: 702-804-0798
Email: jpattillo@springelfink.com

**SNELL & WILMER LLP**
*Attorney for Equifax Information Services, LLC*

Bradley T. Austin, Esq.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Phone: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

                                  */s/ Amy Quach*
                                  An employee of Cogburn Law Offices